**Information to identify the case:**

| Debtor 1 | Ruben Antonio Roman | Social Security number or ITIN    xxx–xx–3823 |
|---|---|---|
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–15769–ABA | |

# Order of Discharge                                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ruben Antonio Roman

1/29/19                                                                                   **By the court:** Andrew B. Altenburg Jr.
                                                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-15769-ABA
Ruben Antonio Roman                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jan 29, 2019
                              Form ID: 3180W           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2019.
db          +Ruben Antonio Roman,   440 S. Willow Avenue,   Galloway, NJ 08205-4630
cr          +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,   Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
514660376   +ACN,   1000 Progress Place,   Concord, NC 28025-2449
514758674   +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
514856020   +CERASTES, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
514660379   +CHASE,   PO BOX 24696,   COLUMBUS, OH 43224-0696
514660380   +Eastern Account System of CT,   PO Box 837,   Newtown, CT 06470-0837
514989326   +JPMorgan Chase Bank, N.A.,   Attn: Correspondence Mail,   Mail Code: LA4-5555,
              700 Kansas Lane,   Monroe, LA 71203-4774
517903302   +Kevin G. McDonald,   KML Law Group, P.C.,   216 Haddon Avenue, Ste. 406,
              Westmont, NJ 08108-2812
514660382   +Lizabeth Roman,   440 S. Willow Avenue,   Galloway, NJ 08205-4630
514660383   +MARINER FINANCIAL,   3301 Boston Street,   Suite 201,   Baltimore, MD 21224-4979
517932586   +MidFirst Bank, Bankruptcy Department,   999 NW Grand Boulevard, #110,
              Oklahoma City, OK 73118-6051
517932657   +MidFirst Bank, Bankruptcy Department,   999 NW Grand Boulevard, #110,
              Oklahoma City, OK 73118-6077,   MidFirst Bank, Bankruptcy Department,
              999 NW Grand Boulevard, #110,   Oklahoma City, OK 73118-6051
514660384   +NCB Management Services,   PO Box 1099,   Langhorne, PA 19047-6099
514660386   +North Shore Agency,   4000 East Fifth Avenue,   Columbus, OH 43219-1811
514660387  +++ONE MAIN Financial,   PO BOX 6042,   Sioux Falls SD 57117-6042
514660389   +Township of Galloway,   300 E. Jimmie Leeds Road,   Galloway, NJ 08205-4109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2019 23:21:32     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2019 23:21:30     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
514814831    EDI: AIS.COM Jan 30 2019 03:33:00     American InfoSource LP as agent for,   Verizon,
              PO Box 248838,   Oklahoma City, OK 73124-8838
514660377   +EDI: TSYS2.COM Jan 30 2019 03:33:00     BARCLAYS BANK DELAWARE,   125 S WEST ST,
              WILMINGTON, DE 19801-5014
514660378   +E-mail/Text: bankruptcynotices@cbecompanies.com Jan 29 2019 23:21:57     CBE Group,
              1309 Technology Pkwy,   Cedar Falls, IA 50613-6976
514660381   +E-mail/Text: hannlegal@hannfinancial.com Jan 29 2019 23:20:52     HANN FINANCIAL SERVICE,
              1 CENTRE DR,   JAMESBURG, NJ 08831-1564
514660385   +E-mail/Text: egssupportservices@alorica.com Jan 29 2019 23:21:44     NCO Financial,
              507 Prudential Road,   Horsham, PA 19044-2308
514660390   +EDI: VERIZONCOMB.COM Jan 30 2019 03:33:00     VERIZON,   500 TECHNOLOGY DR STE 30,
              WELDON SPRING, MO 63304-2225
514660391   +EDI: WFFC.COM Jan 30 2019 03:33:00     WELLS FARGO BANK NV NA,   PO BOX 31557,
              BILLINGS, MT 59107-1557
514934052   +EDI: WFFC.COM Jan 30 2019 03:33:00     Wells Fargo Bank, NA,   1 Home Campus MAC X2303-01A,
              Des Moines, IA 50328-0001
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517932656*    +MidFirst Bank, Bankruptcy Department,   999 NW Grand Boulevard, #110,
               Oklahoma City, OK 73118-6051
514660388    ##+PEOPLES TRANSPORT FCU,   126 W KINGS HWY,   MOUNT EPHRAIM, NJ 08059-1353
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Jan 29, 2019
                              Form ID: 3180W           Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2019 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Edward L. Paul    on behalf of Debtor Ruben Antonio Roman elp@paulandkatzlaw.com,
               jen@paulandkatzlaw.com;vbuckley@paulandkatzlaw.com;r39949@notify.bestcase.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Jerome B. Blank    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Kevin Gordon McDonald    on behalf of Creditor    MidFirst Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                              TOTAL: 6
```